IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAKIN SADIQ SABIRIN-EL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOCIETY FOR INDUSTRIAL APPLIED MATHEMATICS, et al. | : | NO. 14-3961 |

FILED
JUL -8 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 8th day of July, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff's claims based on the Treaty of Peace and Friendship and the withholding of taxes from his wages are DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's memorandum.

3. Ann Fahy is DISMISSED as a defendant for the reasons stated in the Court's memorandum.

4. The Court shall file the complaint and issue summonses for the remaining defendants.

5. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the complaint upon the remaining defendants at no cost to the plaintiff.

BY THE COURT:

_____
GERALD A. MCHUGH, J.